IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDRÉ J. TAYLOR,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and CITICORP
CREDIT SERVICES, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3821

Opinion filed March 7, 2016.

An appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman, Judge.

André Taylor, pro se, Appellant.

Norman A. Blessing, General Counsel, Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

      AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.